2377 56th Dr,
Brooklyn, New York 11234
Tel.: +1 (718) 914-9694
Email: acohen@ashercohenlaw.com

**Asher Cohen, PLLC**

**VIA ECF**
Hon. Judge Robert M. Levy
United States District Judge
United States Courthouse
225 Cadman Plaza E,
Brooklyn, NY 11201, USA

December 26, 2024

Re: **Raheel v. Watches of Switzerland (Nevada), LLC,**
**DOCKET NO. 1:24-cv-07742-RML**

Dear Judge Levy:

The undersigned represents Aisha Raheel, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully Submitted,

asher cohen

Asher H. Cohen, Esq.
*Attorney for Plaintiff*