**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
AISHA RAHEEL, on behalf of herself and all :    Case no. 1:24-cv-7742
others similarly situated, :
                Plaintiffs, :
                   :    STIPULATION OF DISMISSAL
          v. :    WITH PREJUDICE
Watches Of Switzerland (Nevada), LLC, :
               Defendant. :
------------------------------------- x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

    Dated: January 14, 2024

*/s/ Asher Cohen*

Asher Cohen, Esq.
ASHER COHEN PLLC
2377 56th Dr,
Brooklyn, New York 11234
(718) 914-9694
acohen@ashercohenlaw.com
*Attorney for Plaintiff*

*/s/ Joshua Silber*

Joshua Silber, Esq.
ABEND & SILBER, PLLC
444 Madison Avenue,
New York, NY 10022
(212) 532-7575
Jsilber@abendsilber.Com
*Counsel for Defendant*

1

SO ORDERED.   ROBERT LEVY
               Robert M. Levy
1/22/25   United States Magistrate Judge